✎ AO 467 (Rev. 9/03) Order for Defendant to Appear

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>LEON AVEDIKIAN | **ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**<br><br>CASE NUMBER:     2:12-mj-0790-PAL<br><br>CHARGING DISTRICTS<br>CASE NUMBER:     12CR 656 |

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the

____Southern____ District of ____Texas, Houston Division____ ; and that the Clerk of Court shall transfer bail

deposited into the Registry of this Court, to the Clerk of the      ____(Not Applicable)____
*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified)

____U.S. District Court, 515 Rusk, Houston TX____ on ____11/29/2012 @ 2:00pm____ .
*Date and Time*

_____
*Signature of Judge*

| | |
|---|---|
| 11/16/2012 | PEGGY A. LEEN, United States Magistrate Judge |
| *Date* | *Name and Title of Judge* |